Matter of Sajetta v Jung Park

2026 NY Slip Op 03249

May 21, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of Anjelu Sajetta, Petitioner,

v

Hon Jung Park et al., Respondents.

Decided and Entered: May 21, 2026

Index No. 72641-2023|Appeal No. 6712|Case No. 2026-01206|

Before: Moulton, J.P., González, O'Neill Levy, Chan, Hagler, JJ.

Anjelu Sajetta petitioner pro se.

Alvin L. Bragg, Jr., District Attorney, New York (Brent Yarnell of counsel), for Alvin L. Bragg, respondent.

[*1]

The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules,

Now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon,

It is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements.

THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.

ENTERED: May 21, 2026